# DIVIDEND REPORT
## EXHIBIT A

| | | | Page No: 1 |
|---|---|---|---|
| **Case No:** | 01-37700-H5-7 | **Date Printed:** | 5/19/2010 |
| **Case Name:** | Bruce, Charles E & Bruce, Mary Ann | **Check Number:** | 5010 |
| **Trustee Name:** | Joseph Hill | **Check Date:** | 01/27/2009 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 1 | CITICORP VENDOR FINANCE INC<br>ATTN: CARRIE SMITH<br>1800 Overcenter Drive<br>MOBERLY, MO 65270 | $8,059.94 | $0.15 |
| 2 | BOMBARDIER CAPITAL, INC<br>C/O SUSAN MCFAUL<br>PO BOX 991<br>COLCHESTER, VT 05446 | $190,157.45 | $3.36 |
| 3 | MBNA AMERICA BANK NA<br>PO BOX 15168 MS 1421<br>Wilmington, DE 19850 | $14,997.57 | $0.26 |
| 7 | JESUS MARTINEZ & CAROLINA MARTINEZ<br>C O LAW OFFICES OF SIDNEY LEVINE&lt;BR&gt;P.O. BOX 592<br>SEALY, TX 77474 | $20,000.00 | $0.35 |
| | **Total Check Amount:** | | **$4.12** |